UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LAUDREY McCRAY,

        Plaintiff,

vs.

        Case No. 13-CV-13850

        HON. GEORGE CARAM STEEH

HILTON WORLDWIDE, INC.,

        Defendant.
_____/

ORDER DENYING DEFENDANT'S MOTION TO DISMISS
PURSUANT TO THE DOCTRINE OF *FORUM NON CONVENIENS* [DOC. 8]

Plaintiff, Laudrey McCray, filed this negligence and breach of contract action arising out of a burn injury that allegedly occurred when he was staying at Hilton Yaoundé, in the Republic of Cameroon. Plaintiff claims that he was burned while utilizing the steam room at the hotel when an unmarked steam outlet discharged steam directly onto his right leg. Plaintiff is a resident and domiciliary of Florida. Defendant, Hilton Worldwide, Inc. ("Hilton"), is a Virginia corporation which manages, but does not own, the Hilton Yaoundé. The Hilton Yaoundé appears to be owned by Cameroon Hotels Corporation ("CHC"), a Cameroonian entity which is not a named party to this lawsuit. The matter is presently before the court on Hilton's motion to dismiss on the grounds of *forum non conveniens*.

The court heard oral argument by the parties on February 3, 2014. Now, therefore, for the reasons stated on the record,

IT IS HEREBY ORDERED that defendant's motion to dismiss for *forum non conveniens* is DENIED without prejudice.

IT IS HEREBY FURTHER ORDERED that discovery in this matter shall commence immediately.

It is so ordered.

Dated: February 3, 2014

                                            S/George Caram Steeh
                                            GEORGE CARAM STEEH
                                            UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on February 3, 2014, by electronic and/or ordinary mail.

S/Marcia Beauchemin
Deputy Clerk

---